## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FIRST TIME VIDEOS LLC,**<br>**2300 W. Sahara Ave, Suite 1000,**<br>**Las Vegas, NV 89102** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Case :**<br>**Assigned To :** |
| **DOES 1 – 541,** | ) ) | **Assign Date :**<br>**Description :** |
| **Defendants.** | ) ) ) | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, by its attorneys, for its complaint against Defendants, alleges:

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2.      This Court has jurisdiction under 17 U.S.C. §101 *et seq.*; 28 US.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      The manner of the illegal transfer of Plaintiff's copyrighted creative work, "*FTV: Milla,*" (hereinafter "Work") is what P2P network users call a "BitTorrent protocol" or "torrent" which is different than the standard P2P protocol used for such networks as Kazaa and Limewire. The BitTorrent protocol makes even small computers with low bandwidth capable of participating in large data transfers across a P2P network. The initial file-provider intentionally elects to share a file with a torrent network. This initial file is called a seed. Other users ("peers") on the network connect to the seed file to download. As yet additional peers request the same file

each additional user becomes a part of the network from where the file can be downloaded. However, unlike a traditional peer-to-peer network, each new file downloader is receiving a different piece of the data from each user who has already downloaded the file that together compromises the whole. This piecemeal system with multiple pieces of data coming from peer members is usually referred to as a "swarm." The effect of this technology makes every downloader also an uploader of the illegally transferred file(s). This means that every "node" or peer user who has a copy of the infringing copyrighted material on a torrent network must necessarily also be a source of download for that infringing file.

4.     This distributed nature of Bit Torrent leads to a rapid viral spreading of a file throughout peer users. As more peers join the swarm, the likelihood of a successful download increases. Because of the nature of the Bit Torrent protocol, any seed peer that has downloaded a file prior to the time a subsequent peer downloads the same file is automatically a source for the subsequent peer so long as that first seed peer is online at the time the subsequent peer downloads a file. Essentially, because of the nature of the swarm downloads as described above, every infringer is *simultaneously* stealing copyrighted material from many ISPs in numerous jurisdictions around the country.

5.     Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. §1400(a). Although the true identity of each Defendant is unknown to Plaintiff at this time, on information and belief, each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District. On information and belief, personal jurisdiction in this District is proper because each defendant, without consent or permission of Plaintiff, exclusive rights owner, distributed and offered to distribute over the

Internet copyrighted works for which Plaintiff has exclusive rights. Such unlawful distribution occurred in every jurisdiction in the United States, including this one.

## PARTIES

6.     Plaintiff brings this action to stop Defendants from copying and distributing to others over the Internet unauthorized copies of the Work, to which Plaintiff is the assignee and owner of all right, title and interest worldwide, and all proprietary rights therein including, without limitation, all copyrights and all past and future causes of action with respect to the same. Defendants' infringements allow them and others unlawfully to obtain and distribute for free an unauthorized copyrighted work for which Plaintiff spent a substantial amount of time, money and effort to obtain the exclusive rights to market, distribute and sell. Each time a Defendant unlawfully distributes a free copy of Plaintiff's copyrighted Work to others over the Internet, each person who copies that video can then distribute that unlawful copy to others without any significant degradation in sound and picture quality. Thus, a Defendant's distribution of even one unlawful copy of the Work can result in the nearly instantaneous worldwide distribution of that single copy to a limitless number of people. Plaintiff now seeks redress for this rampant infringement of its exclusive rights in and to the copyrighted Work.

7.     Plaintiff First Time Videos LLC ("Plaintiff") is a limited liability company organized and existing under the laws of the State of Nevada. Plaintiff is an adult content producer and operates a website, http://www.ftvgirls.com, that is among the leading brands within its niche. Plaintiff is the owner of the pertinent exclusive rights under copyright in the United States, and the exclusive owner of that certain motion picture entitled "*FTV: Milla,*" which has been unlawfully distributed over the Internet by the Defendants.

8.     The true names of Defendants are unknown to Plaintiff at this time. Each Defendant is known to Plaintiff only by the Internet Protocol ("IP") address assigned to that Defendant by his or her Internet Service Provider on the date and at the time at which the infringing activity of each Defendant was observed. The IP address of each Defendant thus far identified, together with the date and time at which his or her infringing activity was observed, is included on <u>Exhibit A</u> hereto. Plaintiff believes that information obtained in discovery will lead to the identification of each Defendant's true name and permit the Plaintiff to amend this Complaint to state the same.

## COUNT 1

## INFRINGEMENT OF REGISTERED COPYRIGHT

9.     The Plaintiff is responsible for the marketing, sale and distribution of the Work.

10.     The Plaintiff is the holder of the pertinent exclusive rights infringed by Defendants, as alleged hereunder, for certain copyrighted works, including but not limited to the copyrighted Work. The Work is the subject of valid Certificate of Copyright Registration Number PA 1-753-813 issued by the Register of Copyrights.

11.     The Work contains a watermark of Plaintiff's site, http://www.ftvgirls.com, which contains a copyright notice.

12.     The Plaintiff is informed and believed that each Defendant, without the permission or consent of the Plaintiff, has used, and continues to use, an online media distribution system to distribute to the public, including by making available for distribution to others, the Work. <u>Exhibit A</u> identifies the Doe Defendants known to Plaintiff as of the date of this Complaint who have, without the permission or consent of Plaintiff, distributed the Work to the public, including by making available for distribution to others. In doing so, each Defendant

had violated Plaintiff's exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiff's exclusive rights protected under the Copyright Act of 1976 (17 US.C. § 101 *et seq.*).

13.     The foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiff.

14.     As a result of each Defendant's infringement of Plaintiff's exclusive rights under copyright, Plaintiff is entitled to relief pursuant to 17 US.C. § 504, and to its attorneys' fees and costs pursuant to 17 US.C. § 505.

15.     The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot fully be compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiff's copyright and ordering that each Defendant destroy all copies of the Work made in violation of Plaintiff's exclusive rights to the copyright.

**WHEREFORE,** Plaintiff prays for judgment against each Defendant as follows:

1.     For entry of preliminary and permanent injunctions providing that each Defendant shall be enjoined from directly or indirectly infringing Plaintiff's rights in Work and any video, whether now in existence or later created, that is owned, licensed to, or controlled by Plaintiff ("Plaintiff's Works"), including without limitation by using the Internet to reproduce or copy Plaintiff's Works, to distribute Plaintiff's Works, or to make Plaintiff's Works available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff. Defendant also shall destroy all copies of Plaintiff's Works that Defendant had downloaded onto any computer hard drive or server without Plaintiff's authorization and shall

destroy all copies of those downloaded works transferred onto any physical medium or device in each Defendant's possession, custody, or control.

      2.      For actual damages or statutory damages pursuant to 17 U.S.C. § 504, at the election of the Plaintiff.

      3.      For Plaintiff's costs.

      4.      For Plaintiff's reasonable attorneys' fees.

      5.      For such other and further relief as the Court deems proper.

Respectfully submitted,

First Time Videos LLC

**DATED**: November 12, 2011

By: _____
Paul A. Duffy, Esq.
D.C. Bar Number: IL0014
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile:  (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Counsel for the Plaintiff*

# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 100.3.89.170 | Verizon Online | 2011-09-28 01:50:11 |
| 108.0.112.64 | Verizon Online | 2011-09-01 23:19:15 |
| 108.0.13.74 | Verizon Online | 2011-09-10 22:12:36 |
| 108.0.191.173 | Verizon Online | 2011-09-02 02:47:32 |
| 108.0.91.185 | Verizon Online | 2011-09-02 19:21:12 |
| 108.0.99.70 | Verizon Online | 2011-09-02 05:04:29 |
| 108.11.191.46 | Verizon Online | 2011-09-09 10:11:53 |
| 108.12.244.228 | Verizon Online | 2011-11-02 19:14:51 |
| 108.127.122.91 | Sprint PCS | 2011-09-19 15:35:52 |
| 108.13.200.232 | Verizon Online | 2011-09-27 22:50:12 |
| 108.13.24.136 | Verizon Online | 2011-09-10 20:12:01 |
| 108.14.63.72 | Verizon Online | 2011-09-02 05:35:47 |
| 108.15.28.146 | Verizon Online | 2011-09-09 20:19:14 |
| 108.16.235.158 | Verizon Online | 2011-10-12 21:56:04 |
| 108.16.99.237 | Verizon Online | 2011-09-15 05:04:36 |
| 108.18.156.112 | Verizon Online | 2011-10-10 18:10:26 |
| 108.18.51.213 | Verizon Online | 2011-09-12 23:15:18 |
| 108.21.76.134 | Verizon Online | 2011-09-01 05:45:27 |
| 108.28.122.186 | Verizon Online | 2011-08-30 17:14:11 |
| 108.35.245.202 | Verizon Online | 2011-08-23 02:14:20 |
| 108.38.126.168 | Verizon Online | 2011-10-18 06:57:02 |
| 108.46.141.184 | Verizon Online | 2011-09-10 14:23:18 |
| 108.46.62.118 | Verizon Online | 2011-09-30 03:17:09 |
| 108.52.10.20 | Verizon Online | 2011-09-02 03:17:21 |
| 108.6.11.131 | Verizon Online | 2011-10-03 22:12:23 |
| 12.154.104.255 | Glasgow Electric Plant | 2011-09-13 05:24:23 |
| 168.103.146.223 | Qwest Communications | 2011-09-06 14:26:07 |
| 173.14.227.57 | Comcast Cable Communications | 2011-10-27 20:32:30 |
| 173.14.74.189 | Comcast Cable Communications | 2011-09-08 08:05:43 |
| 173.172.179.232 | Road Runner | 2011-09-15 04:18:56 |
| 173.19.119.148 | Mediacom Communications | 2011-10-26 16:41:32 |
| 173.202.34.155 | Digital Teleport | 2011-09-06 14:26:07 |
| 173.216.174.116 | Suddenlink Communications | 2011-09-04 06:05:00 |
| 173.216.216.191 | Suddenlink Communications | 2011-09-02 01:42:19 |
| 173.230.64.131 | Marbella | 2011-08-29 16:14:34 |
| 173.240.33.176 | UBTANET - UBTANET | 2011-09-02 07:19:29 |
| 173.247.23.169 | EPB Telecom | 2011-10-15 04:34:14 |
| 173.29.9.180 | Mediacom Communications | 2011-10-21 00:40:34 |
| 173.3.134.137 | Cablevision | 2011-08-24 19:57:02 |
| 173.3.217.61 | Cablevision | 2011-09-03 05:04:19 |
| 173.30.242.181 | Mediacom Communications | 2011-09-09 02:50:43 |
| 173.51.192.201 | Verizon Online | 2011-08-23 08:32:32 |
| 173.52.2.55 | Verizon Online | 2011-10-01 01:56:29 |
| 173.53.49.85 | Verizon Online | 2011-09-23 23:45:07 |
| 173.54.192.136 | Verizon Online | 2011-09-13 19:41:31 |
| 173.54.59.100 | Verizon Online | 2011-09-13 22:22:09 |

| | | |
|---|---|---|
| 173.55.117.177 | Verizon Online | 2011-09-27 00:30:11 |
| 173.56.90.194 | Verizon Online | 2011-09-10 14:54:17 |
| 173.57.128.4 | Verizon Online | 2011-10-20 17:30:35 |
| 173.57.49.230 | Verizon Online | 2011-09-16 00:24:11 |
| 173.58.179.104 | Verizon Online | 2011-09-21 22:42:50 |
| 173.63.177.114 | Verizon Online | 2011-10-01 11:42:04 |
| 173.63.99.42 | Verizon Online | 2011-09-04 01:22:24 |
| 173.64.206.94 | Verizon Online | 2011-09-13 15:31:54 |
| 173.65.192.88 | Verizon Online | 2011-09-19 15:34:50 |
| 173.66.10.157 | Verizon Online | 2011-09-23 17:16:06 |
| 173.66.145.70 | Verizon Online | 2011-09-03 01:12:49 |
| 173.66.150.197 | Verizon Online | 2011-09-03 01:01:29 |
| 173.66.63.106 | Verizon Online | 2011-09-16 20:40:36 |
| 173.68.122.237 | Verizon Online | 2011-09-10 02:31:27 |
| 173.72.127.134 | Verizon Online | 2011-10-12 22:41:55 |
| 173.72.76.215 | Verizon Online | 2011-09-13 02:56:26 |
| 173.73.22.38 | Verizon Online | 2011-09-01 20:54:31 |
| 173.73.54.99 | Verizon Online | 2011-08-23 02:18:49 |
| 173.76.113.124 | Verizon Online | 2011-09-27 15:11:54 |
| 173.77.161.74 | Verizon Online | 2011-09-02 14:23:46 |
| 173.78.94.79 | Verizon Online | 2011-08-27 05:26:50 |
| 173.79.163.240 | Verizon Online | 2011-10-08 23:21:30 |
| 173.79.93.197 | Verizon Online | 2011-08-26 17:35:28 |
| 174.126.26.63 | Cable One | 2011-09-01 16:00:22 |
| 174.25.170.102 | Qwest Communications | 2011-09-11 06:06:18 |
| 174.26.130.40 | Qwest Communications | 2011-10-25 00:08:26 |
| 174.45.196.216 | Bresnan Communications | 2011-09-10 04:32:01 |
| 174.51.50.205 | Comcast Cable Communications | 2011-09-01 02:56:52 |
| 174.54.98.71 | Comcast Cable Communications | 2011-09-29 22:10:37 |
| 184.14.33.15 | Frontier Communications | 2011-09-11 11:41:27 |
| 184.14.43.216 | Frontier Communications | 2011-09-26 14:38:39 |
| 184.76.103.247 | Clearwire US | 2011-09-08 21:12:01 |
| 184.79.161.224 | Clearwire US | 2011-09-01 23:17:44 |
| 184.91.214.194 | Bright House Networks | 2011-08-30 02:43:52 |
| 184.96.135.140 | Qwest Communications | 2011-10-19 21:41:11 |
| 184.96.2.80 | Qwest Communications | 2011-09-06 13:55:06 |
| 184.98.159.219 | Qwest Communications | 2011-08-24 00:58:00 |
| 204.152.207.138 | OC3 Networks & Web Solutions | 2011-08-23 08:37:01 |
| 205.178.14.19 | RCN Corporation | 2011-09-02 05:29:16 |
| 206.188.250.82 | Arvig Enterprises | 2011-09-09 01:00:38 |
| 206.74.247.119 | Bulloch Telephone | 2011-09-27 20:13:16 |
| 207.181.222.32 | RCN Corporation | 2011-09-02 14:23:45 |
| 207.204.228.144 | Black Oak Computers | 2011-09-14 19:56:26 |
| 207.228.60.128 | Great Basin Internet Services | 2011-09-11 01:29:11 |
| 207.255.28.125 | Atlantic Broadband Finance | 2011-10-17 15:43:36 |
| 207.38.134.155 | RCN Corporation | 2011-09-30 16:47:50 |
| 207.38.253.34 | RCN Corporation | 2011-09-11 16:49:37 |

| | | |
|---|---|---|
| 208.102.217.140 | Cincinnati Bell Telephone | 2011-09-24 20:17:39 |
| 216.186.166.3 | Knology Holdings | 2011-10-18 04:52:37 |
| 216.20.142.69 | Community Antenna Service | 2011-10-17 20:44:12 |
| 216.220.67.111 | RCN Corporation | 2011-09-02 09:00:36 |
| 216.26.114.212 | ResTech Services | 2011-09-07 04:35:36 |
| 24.100.29.82 | New Wave Communications | 2011-09-05 14:58:46 |
| 24.107.119.54 | Charter Communications | 2011-09-02 09:48:36 |
| 24.107.164.51 | Charter Communications | 2011-09-03 01:50:49 |
| 24.111.54.106 | Midcontinent Media | 2011-10-16 15:08:51 |
| 24.113.251.60 | Wave Broadband | 2011-09-30 04:53:04 |
| 24.118.137.170 | Comcast Cable Communications | 2011-09-19 18:17:34 |
| 24.118.67.236 | Comcast Cable Communications | 2011-09-03 22:15:33 |
| 24.119.197.103 | Cable One | 2011-09-02 05:49:03 |
| 24.121.10.110 | NPG Cable | 2011-08-25 00:33:12 |
| 24.121.172.153 | NPG Cable | 2011-10-20 07:27:57 |
| 24.127.200.11 | Comcast Cable Communications | 2011-10-21 04:37:09 |
| 24.128.199.186 | Comcast Cable Communications | 2011-10-14 10:22:03 |
| 24.130.112.254 | Comcast Cable Communications | 2011-09-03 16:11:36 |
| 24.131.184.105 | Comcast Cable Communications | 2011-10-02 01:20:40 |
| 24.136.13.64 | RCN Corporation | 2011-08-26 14:56:01 |
| 24.145.70.0 | Atlantic Broadband Finance | 2011-09-02 07:13:22 |
| 24.147.227.48 | Comcast Cable Communications | 2011-08-29 16:44:33 |
| 24.147.70.143 | Comcast Cable Communications | 2011-10-26 17:35:08 |
| 24.155.117.78 | Grande Communications | 2011-08-28 23:23:33 |
| 24.16.146.178 | Comcast Cable Communications | 2011-09-12 18:09:01 |
| 24.16.240.209 | Comcast Cable Communications | 2011-10-24 16:17:42 |
| 24.17.108.51 | Comcast Cable Communications | 2011-09-21 04:15:17 |
| 24.17.158.73 | Comcast Cable Communications | 2011-10-01 08:56:42 |
| 24.177.3.18 | Charter Communications | 2011-09-04 15:40:35 |
| 24.177.34.164 | Charter Communications | 2011-09-06 16:10:40 |
| 24.179.146.3 | Charter Communications | 2011-09-28 01:01:55 |
| 24.179.53.218 | Charter Communications | 2011-08-30 15:03:28 |
| 24.186.227.187 | Cablevision | 2011-09-21 22:42:50 |
| 24.191.79.149 | Cablevision | 2011-10-01 04:54:16 |
| 24.192.135.204 | WideOpenWest | 2011-08-26 15:46:50 |
| 24.193.52.238 | Road Runner | 2011-08-23 11:39:35 |
| 24.2.66.45 | Comcast Cable Communications | 2011-09-22 19:33:46 |
| 24.205.22.35 | Charter Communications | 2011-09-16 03:39:33 |
| 24.205.227.236 | Charter Communications | 2011-09-06 15:11:08 |
| 24.209.44.235 | Road Runner | 2011-09-13 07:33:09 |
| 24.21.107.168 | Comcast Cable Communications | 2011-09-19 16:34:52 |
| 24.21.92.254 | Comcast Cable Communications | 2011-09-06 13:55:36 |
| 24.217.197.170 | Charter Communications | 2011-09-06 17:29:14 |
| 24.218.18.1 | Comcast Cable Communications | 2011-08-24 00:41:28 |
| 24.225.105.45 | Sunflower Broadband | 2011-10-28 21:41:11 |
| 24.23.163.7 | Comcast Cable Communications | 2011-09-19 16:12:01 |
| 24.23.217.236 | Comcast Cable Communications | 2011-09-27 21:23:28 |

| | | |
|---|---|---|
| 24.25.247.248 | Oceanic Internet | 2011-09-12 05:48:49 |
| 24.251.36.229 | Cox Communications | 2011-08-23 02:14:20 |
| 24.252.204.78 | Cox Communications | 2011-08-24 19:57:02 |
| 24.253.91.131 | Cox Communications | 2011-09-01 23:02:44 |
| 24.255.49.206 | Cox Communications | 2011-10-17 00:35:36 |
| 24.255.6.68 | Cox Communications | 2011-10-29 17:42:16 |
| 24.29.50.93 | Road Runner | 2011-08-23 05:22:55 |
| 24.4.201.136 | Comcast Cable Communications | 2011-08-31 01:56:03 |
| 24.4.72.113 | Comcast Cable Communications | 2011-10-20 01:16:35 |
| 24.46.86.44 | Cablevision | 2011-09-06 22:20:28 |
| 24.5.128.171 | Comcast Cable Communications | 2011-08-26 05:52:02 |
| 24.6.205.106 | Comcast Cable Communications | 2011-09-17 02:25:40 |
| 24.6.212.106 | Comcast Cable Communications | 2011-11-03 09:54:27 |
| 24.6.25.224 | Comcast Cable Communications | 2011-09-28 22:27:21 |
| 24.60.77.191 | Comcast Cable Communications | 2011-09-13 03:02:02 |
| 24.7.22.19 | Comcast Cable Communications | 2011-09-28 16:16:04 |
| 24.7.254.213 | Comcast Cable Communications | 2011-09-23 01:44:31 |
| 24.7.27.127 | Comcast Cable Communications | 2011-08-31 14:59:57 |
| 24.9.173.128 | Comcast Cable Communications | 2011-09-04 02:55:24 |
| 24.9.81.206 | Comcast Cable Communications | 2011-09-01 15:01:47 |
| 24.91.119.181 | Comcast Cable Communications | 2011-09-02 02:54:51 |
| 24.91.4.210 | Comcast Cable Communications | 2011-09-03 04:12:39 |
| 24.94.40.148 | Road Runner | 2011-09-06 16:55:14 |
| 24.97.155.30 | Road Runner | 2011-09-07 18:19:52 |
| 24.99.46.137 | Comcast Cable Communications | 2011-09-07 00:51:28 |
| 50.14.119.184 | Clearwire US | 2011-09-26 23:50:37 |
| 50.15.55.156 | Clearwire US | 2011-10-08 02:25:51 |
| 50.22.68.146 | SoftLayer Technologies | 2011-08-26 15:46:50 |
| 50.46.100.15 | Frontier Communications | 2011-09-05 10:23:36 |
| 50.46.149.195 | Frontier Communications | 2011-09-15 02:14:13 |
| 50.47.1.24 | Frontier Communications | 2011-09-17 00:15:39 |
| 63.224.115.195 | Qwest Communications | 2011-09-14 20:12:26 |
| 65.182.52.255 | DirecPath | 2011-09-09 22:27:24 |
| 65.184.69.86 | Road Runner | 2011-09-02 02:51:01 |
| 65.190.15.72 | Road Runner | 2011-09-02 20:56:43 |
| 65.78.145.122 | Surewest | 2011-09-11 02:18:39 |
| 66.108.180.163 | Road Runner | 2011-09-03 02:25:10 |
| 66.112.31.238 | CenturyTel | 2011-08-31 14:59:57 |
| 66.176.13.38 | Comcast Cable Communications | 2011-09-22 21:27:55 |
| 66.182.116.250 | Maricopa Broadband | 2011-10-08 03:09:58 |
| 66.189.29.251 | Charter Communications | 2011-08-31 18:55:22 |
| 66.191.26.202 | Charter Communications | 2011-09-23 08:24:49 |
| 66.214.172.62 | Charter Communications | 2011-08-23 05:22:54 |
| 66.214.234.15 | Charter Communications | 2011-10-08 02:43:42 |
| 66.214.41.109 | Charter Communications | 2011-09-21 23:42:52 |
| 66.229.216.196 | Comcast Cable Communications | 2011-09-01 06:50:16 |
| 66.30.201.195 | Comcast Cable Communications | 2011-09-08 06:27:32 |

| | | |
|---|---|---|
| 66.41.93.219 | Comcast Cable Communications | 2011-10-29 22:43:29 |
| 66.42.183.90 | Cincinnati Bell Telephone | 2011-09-09 18:32:44 |
| 66.56.19.212 | Comcast Cable Communications | 2011-09-19 23:57:05 |
| 66.56.54.68 | Comcast Cable Communications | 2011-08-23 18:16:47 |
| 66.91.21.185 | Oceanic Internet | 2011-09-02 18:57:11 |
| 67.160.57.206 | Comcast Cable Communications | 2011-09-07 04:25:57 |
| 67.160.57.78 | Comcast Cable Communications | 2011-09-21 08:05:47 |
| 67.162.93.94 | Comcast Cable Communications | 2011-09-29 07:22:10 |
| 67.163.97.62 | Comcast Cable Communications | 2011-09-03 13:53:31 |
| 67.164.150.95 | Comcast Cable Communications | 2011-09-01 23:18:14 |
| 67.164.194.62 | Comcast Cable Communications | 2011-09-19 20:36:59 |
| 67.164.2.253 | Comcast Cable Communications | 2011-08-23 14:48:41 |
| 67.169.188.10 | Comcast Cable Communications | 2011-09-16 20:55:10 |
| 67.169.83.243 | Comcast Cable Communications | 2011-09-26 13:49:02 |
| 67.169.93.17 | Comcast Cable Communications | 2011-08-25 22:20:20 |
| 67.170.249.172 | Comcast Cable Communications | 2011-08-28 04:54:00 |
| 67.170.78.232 | Comcast Cable Communications | 2011-09-15 02:47:32 |
| 67.173.154.254 | Comcast Cable Communications | 2011-10-21 16:29:20 |
| 67.182.125.148 | Comcast Cable Communications | 2011-08-31 15:09:57 |
| 67.182.22.105 | Comcast Cable Communications | 2011-09-03 04:16:09 |
| 67.184.126.201 | Comcast Cable Communications | 2011-09-12 01:18:26 |
| 67.185.213.208 | Comcast Cable Communications | 2011-08-31 16:47:24 |
| 67.186.29.148 | Comcast Cable Communications | 2011-08-23 05:27:24 |
| 67.187.130.89 | Comcast Cable Communications | 2011-09-02 04:09:22 |
| 67.189.59.33 | Comcast Cable Communications | 2011-10-17 23:17:05 |
| 67.191.120.106 | Comcast Cable Communications | 2011-08-29 16:37:03 |
| 67.48.127.69 | Road Runner | 2011-10-04 23:45:45 |
| 67.8.241.55 | Bright House Networks | 2011-10-31 13:58:05 |
| 68.104.197.48 | Cox Communications | 2011-10-07 21:39:04 |
| 68.107.124.111 | Cox Communications | 2011-10-14 02:40:41 |
| 68.107.37.6 | Cox Communications | 2011-10-07 18:35:09 |
| 68.11.95.189 | Cox Communications | 2011-08-31 20:51:29 |
| 68.117.34.3 | Charter Communications | 2011-08-26 17:11:28 |
| 68.117.99.154 | Charter Communications | 2011-08-26 14:56:01 |
| 68.119.53.133 | Charter Communications | 2011-10-23 10:50:42 |
| 68.13.243.137 | Cox Communications | 2011-10-08 17:53:45 |
| 68.14.5.111 | Cox Communications | 2011-09-19 23:26:36 |
| 68.174.18.144 | Road Runner | 2011-09-13 14:43:23 |
| 68.179.186.160 | WideOpenWest | 2011-08-30 15:48:39 |
| 68.188.222.3 | Charter Communications | 2011-09-15 21:59:38 |
| 68.189.60.211 | Charter Communications | 2011-09-02 01:58:50 |
| 68.19.134.97 | BellSouth | 2011-09-01 23:44:15 |
| 68.190.116.248 | Charter Communications | 2011-10-28 16:07:22 |
| 68.190.118.60 | Charter Communications | 2011-09-07 19:24:22 |
| 68.197.1.140 | Cablevision | 2011-09-04 10:34:35 |
| 68.197.161.75 | Cablevision | 2011-09-04 07:47:38 |
| 68.2.210.9 | Cox Communications | 2011-08-26 14:56:01 |

| | | |
|---|---|---|
| 68.200.155.233 | Bright House Networks | 2011-10-08 22:39:44 |
| 68.202.199.186 | Bright House Networks | 2011-11-03 20:33:25 |
| 68.205.122.169 | Bright House Networks | 2011-08-27 02:09:41 |
| 68.224.148.196 | Cox Communications | 2011-09-22 22:40:22 |
| 68.225.192.221 | Cox Communications | 2011-09-11 00:43:08 |
| 68.228.65.166 | Cox Communications | 2011-09-11 01:26:08 |
| 68.231.149.138 | Cox Communications | 2011-09-15 00:15:32 |
| 68.244.130.80 | Sprint PCS | 2011-09-22 21:30:36 |
| 68.3.71.119 | Cox Communications | 2011-10-02 10:06:29 |
| 68.35.109.101 | Comcast Cable Communications | 2011-09-01 03:36:26 |
| 68.36.123.17 | Comcast Cable Communications | 2011-09-19 18:42:26 |
| 68.42.32.210 | Comcast Cable Communications | 2011-09-22 21:33:23 |
| 68.42.76.44 | Comcast Cable Communications | 2011-08-23 02:18:49 |
| 68.43.239.76 | Comcast Cable Communications | 2011-09-02 02:01:49 |
| 68.46.150.60 | Comcast Cable Communications | 2011-10-07 19:25:35 |
| 68.47.28.193 | Comcast Cable Communications | 2011-09-29 01:52:20 |
| 68.48.189.63 | Comcast Cable Communications | 2011-10-22 08:08:33 |
| 68.5.116.242 | Cox Communications | 2011-09-12 01:18:26 |
| 68.5.243.218 | Cox Communications | 2011-09-22 14:59:05 |
| 68.5.246.195 | Cox Communications | 2011-09-04 09:12:13 |
| 68.50.142.3 | Comcast Cable Communications | 2011-09-11 20:29:42 |
| 68.51.123.248 | Comcast Cable Communications | 2011-09-20 02:13:57 |
| 68.55.47.218 | Comcast Cable Communications | 2011-09-06 15:56:11 |
| 68.58.133.208 | Comcast Cable Communications | 2011-10-31 16:06:10 |
| 68.59.34.75 | Comcast Cable Communications | 2011-08-22 22:52:13 |
| 68.60.253.18 | Comcast Cable Communications | 2011-09-02 00:50:17 |
| 68.60.34.150 | Comcast Cable Communications | 2011-09-22 01:07:41 |
| 68.60.49.52 | Comcast Cable Communications | 2011-09-11 22:06:51 |
| 68.62.192.78 | Comcast Cable Communications | 2011-09-14 22:54:58 |
| 68.62.8.50 | Comcast Cable Communications | 2011-09-22 00:18:32 |
| 68.63.222.116 | Comcast Cable Communications | 2011-09-06 13:54:39 |
| 68.70.14.127 | Adams CATV | 2011-09-02 10:29:20 |
| 68.84.158.243 | Comcast Cable Communications | 2011-10-05 14:14:30 |
| 68.96.171.223 | Cox Communications | 2011-11-04 15:54:12 |
| 68.97.47.219 | Cox Communications | 2011-09-15 19:43:03 |
| 68.98.188.205 | Cox Communications | 2011-10-15 07:25:38 |
| 68.99.225.232 | Cox Communications | 2011-10-29 04:18:07 |
| 68.99.53.245 | Cox Communications | 2011-08-31 14:59:57 |
| 69.106.238.65 | AT&T Internet Services | 2011-09-29 14:54:05 |
| 69.106.247.57 | AT&T Internet Services | 2011-09-21 09:48:36 |
| 69.113.1.24 | Cablevision | 2011-09-23 16:27:33 |
| 69.114.183.191 | Cablevision | 2011-09-15 19:39:09 |
| 69.115.138.22 | Cablevision | 2011-09-29 16:25:45 |
| 69.115.50.73 | Cablevision | 2011-09-12 14:40:33 |
| 69.116.147.192 | Cablevision | 2011-10-17 21:57:56 |
| 69.118.25.13 | Cablevision | 2011-10-19 03:59:25 |
| 69.120.220.113 | Cablevision | 2011-09-22 04:27:03 |

| | | |
|---|---|---|
| 69.122.91.162 | Cablevision | 2011-09-26 14:21:03 |
| 69.126.32.139 | Cablevision | 2011-09-05 02:53:24 |
| 69.136.195.231 | Comcast Cable Communications | 2011-10-03 19:32:03 |
| 69.140.152.41 | Comcast Cable Communications | 2011-09-26 13:47:52 |
| 69.142.152.135 | Comcast Cable Communications | 2011-09-16 18:39:50 |
| 69.167.197.196 | Jackson Energy Authority | 2011-09-03 01:08:48 |
| 69.180.225.121 | Comcast Cable Communications | 2011-08-31 08:06:44 |
| 69.181.76.77 | Comcast Cable Communications | 2011-09-07 07:01:50 |
| 69.246.78.77 | Comcast Cable Communications | 2011-10-26 17:47:44 |
| 69.247.137.74 | Comcast Cable Communications | 2011-08-24 20:00:18 |
| 69.247.22.30 | Comcast Cable Communications | 2011-10-10 19:58:34 |
| 69.247.5.167 | Comcast Cable Communications | 2011-09-28 23:59:24 |
| 69.249.210.146 | Comcast Cable Communications | 2011-09-04 08:12:42 |
| 69.250.81.143 | Comcast Cable Communications | 2011-09-05 18:31:20 |
| 69.254.133.130 | Comcast Cable Communications | 2011-09-08 08:32:44 |
| 69.254.99.152 | Comcast Cable Communications | 2011-09-03 19:38:30 |
| 69.255.208.17 | Comcast Cable Communications | 2011-08-23 05:22:56 |
| 69.47.233.86 | WideOpenWest | 2011-09-17 03:26:42 |
| 69.71.121.214 | Network Tool and Die Company | 2011-10-19 14:52:36 |
| 70.171.168.75 | Cox Communications | 2011-09-02 23:36:44 |
| 70.173.119.157 | Cox Communications | 2011-09-15 00:55:35 |
| 70.174.10.19 | Cox Communications | 2011-09-01 22:49:54 |
| 70.176.111.217 | Cox Communications | 2011-09-11 08:19:52 |
| 70.176.168.141 | Cox Communications | 2011-09-03 03:57:25 |
| 70.177.225.154 | Cox Communications | 2011-08-30 15:48:39 |
| 70.178.23.203 | Cox Communications | 2011-09-13 22:54:25 |
| 70.187.161.234 | Cox Communications | 2011-10-29 13:14:24 |
| 70.190.102.64 | Cox Communications | 2011-08-23 08:37:01 |
| 70.190.131.109 | Cox Communications | 2011-08-24 16:44:56 |
| 70.234.189.110 | AT&T Internet Services | 2011-10-05 05:11:56 |
| 70.239.162.189 | AT&T Internet Services | 2011-09-10 04:46:35 |
| 70.253.174.116 | AT&T Internet Services | 2011-09-01 11:49:46 |
| 70.4.148.131 | Sprint PCS | 2011-08-25 09:26:57 |
| 70.63.154.10 | Road Runner | 2011-09-26 23:52:32 |
| 71.132.207.41 | AT&T Internet Services | 2011-10-28 23:19:03 |
| 71.139.29.112 | AT&T Internet Services | 2011-10-18 23:55:28 |
| 71.178.132.248 | Verizon Online | 2011-08-31 15:00:27 |
| 71.179.91.170 | Verizon Online | 2011-09-22 14:58:01 |
| 71.179.91.55 | Verizon Online | 2011-11-03 07:29:11 |
| 71.185.234.82 | Verizon Online | 2011-08-23 02:09:20 |
| 71.189.239.35 | Verizon Online | 2011-09-02 10:03:11 |
| 71.194.162.164 | Comcast Cable Communications | 2011-09-08 02:33:46 |
| 71.195.1.151 | Comcast Cable Communications | 2011-09-29 18:28:44 |
| 71.195.47.24 | Comcast Cable Communications | 2011-08-26 17:58:29 |
| 71.198.171.20 | Comcast Cable Communications | 2011-10-21 03:33:23 |
| 71.198.68.17 | Comcast Cable Communications | 2011-10-08 00:48:13 |
| 71.199.128.252 | Comcast Cable Communications | 2011-09-23 00:22:54 |

| | | |
|---|---|---|
| 71.206.190.228 | Comcast Cable Communications | 2011-09-02 15:41:35 |
| 71.210.1.226 | Qwest Communications | 2011-09-16 10:53:43 |
| 71.221.139.107 | Qwest Communications | 2011-09-22 23:21:55 |
| 71.224.246.96 | Comcast Cable Communications | 2011-09-02 00:41:58 |
| 71.224.86.75 | Comcast Cable Communications | 2011-09-22 20:32:24 |
| 71.227.203.123 | Comcast Cable Communications | 2011-09-07 22:22:27 |
| 71.23.11.199 | Clearwire US | 2011-09-23 03:49:55 |
| 71.231.103.76 | Comcast Cable Communications | 2011-08-25 13:13:03 |
| 71.231.8.206 | Comcast Cable Communications | 2011-09-02 07:08:34 |
| 71.233.236.119 | Comcast Cable Communications | 2011-09-03 02:10:01 |
| 71.236.216.96 | Comcast Cable Communications | 2011-09-29 20:30:52 |
| 71.237.197.12 | Comcast Cable Communications | 2011-09-26 17:55:19 |
| 71.238.154.20 | Comcast Cable Communications | 2011-08-27 22:02:46 |
| 71.238.254.41 | Comcast Cable Communications | 2011-09-11 14:04:32 |
| 71.248.162.163 | Verizon Online | 2011-09-10 12:59:50 |
| 71.252.223.216 | Verizon Online | 2011-09-04 04:34:27 |
| 71.33.180.210 | Qwest Communications | 2011-10-14 02:03:17 |
| 71.34.121.241 | Qwest Communications | 2011-09-01 02:56:53 |
| 71.34.124.24 | Qwest Communications | 2011-09-01 02:02:13 |
| 71.34.51.230 | Qwest Communications | 2011-09-14 19:18:18 |
| 71.50.144.139 | Embarq Corporation | 2011-09-06 23:55:31 |
| 71.58.154.173 | Comcast Cable Communications | 2011-10-28 04:48:22 |
| 71.58.3.209 | Comcast Cable Communications | 2011-10-02 09:47:06 |
| 71.58.98.199 | Comcast Cable Communications | 2011-09-21 04:30:47 |
| 71.61.44.166 | Comcast Cable Communications | 2011-10-29 23:07:39 |
| 71.62.118.123 | Comcast Cable Communications | 2011-09-05 18:46:21 |
| 71.63.111.13 | Comcast Cable Communications | 2011-08-31 20:15:24 |
| 71.70.252.116 | Road Runner | 2011-09-16 03:19:01 |
| 71.77.13.104 | Road Runner | 2011-11-03 20:50:44 |
| 71.81.232.17 | Charter Communications | 2011-09-30 05:25:42 |
| 71.83.100.61 | Charter Communications | 2011-09-09 00:55:36 |
| 71.9.60.20 | Charter Communications | 2011-10-13 03:03:21 |
| 72.175.156.47 | Bresnan Communications | 2011-08-22 23:02:44 |
| 72.193.115.67 | Cox Communications | 2011-08-23 05:22:54 |
| 72.194.66.98 | Cox Communications | 2011-09-16 03:35:02 |
| 72.203.130.113 | Cox Communications | 2011-09-06 14:24:34 |
| 72.204.185.156 | Cox Communications | 2011-09-11 07:46:51 |
| 72.207.193.24 | Cox Communications | 2011-09-30 22:25:41 |
| 72.207.254.57 | Cox Communications | 2011-09-16 21:52:55 |
| 72.211.215.138 | Cox Communications | 2011-09-01 03:54:23 |
| 72.240.142.168 | Buckeye Cablevision | 2011-09-07 06:15:07 |
| 72.28.181.181 | Atlantic Broadband Finance | 2011-09-19 15:18:52 |
| 72.48.108.71 | Grande Communications | 2011-09-01 22:51:44 |
| 72.64.106.86 | Verizon Online | 2011-10-27 23:16:19 |
| 72.71.204.202 | Fairpoint Communications | 2011-10-11 03:51:13 |
| 72.80.158.168 | Verizon Online | 2011-09-04 21:08:19 |
| 72.83.254.43 | Verizon Online | 2011-10-20 00:35:08 |

| | | |
|---|---|---|
| 72.89.170.58 | Verizon Online | 2011-09-01 23:02:44 |
| 72.89.233.26 | Verizon Online | 2011-08-23 08:32:32 |
| 72.92.236.220 | Verizon Online | 2011-09-01 22:30:24 |
| 74.101.15.33 | Verizon Online | 2011-08-31 14:59:57 |
| 74.101.216.242 | Verizon Online | 2011-09-02 17:23:11 |
| 74.102.31.109 | Verizon Online | 2011-10-20 01:28:51 |
| 74.103.181.219 | Verizon Online | 2011-09-30 12:31:09 |
| 74.104.144.208 | Verizon Online | 2011-09-03 19:57:31 |
| 74.111.1.130 | Verizon Online | 2011-08-31 14:59:57 |
| 74.132.46.13 | Insight Communications | 2011-10-17 19:30:43 |
| 74.137.226.219 | Insight Communications | 2011-10-27 19:15:53 |
| 74.138.130.114 | Insight Communications | 2011-08-31 15:09:58 |
| 74.139.67.107 | Insight Communications | 2011-09-21 11:05:41 |
| 74.235.183.123 | BellSouth | 2011-09-13 21:30:03 |
| 74.5.98.75 | Embarq Corporation | 2011-08-26 17:35:29 |
| 74.66.81.1 | Road Runner | 2011-10-19 03:30:06 |
| 74.71.241.66 | Road Runner | 2011-10-21 19:50:57 |
| 74.76.128.201 | Road Runner | 2011-08-22 22:52:13 |
| 74.85.80.132 | vanoppen.biz | 2011-10-29 08:02:37 |
| 74.88.35.76 | Cablevision | 2011-09-30 19:20:54 |
| 74.90.81.182 | Cablevision | 2011-10-19 05:05:24 |
| 74.96.116.21 | Verizon Online | 2011-09-22 01:53:01 |
| 75.109.202.75 | Suddenlink Communications | 2011-10-03 22:27:38 |
| 75.118.171.223 | WideOpenWest | 2011-09-30 19:09:34 |
| 75.128.44.240 | Charter Communications | 2011-09-07 03:24:54 |
| 75.138.32.108 | Charter Communications | 2011-10-18 17:19:01 |
| 75.163.154.49 | Qwest Communications | 2011-10-10 20:07:04 |
| 75.170.72.52 | Qwest Communications | 2011-08-23 11:59:09 |
| 75.185.98.135 | Road Runner | 2011-09-01 23:04:44 |
| 75.187.110.191 | Road Runner | 2011-09-09 08:14:43 |
| 75.30.149.242 | AT&T Internet Services | 2011-09-04 04:11:30 |
| 75.35.172.198 | AT&T Internet Services | 2011-09-12 21:54:54 |
| 75.5.72.180 | AT&T Internet Services | 2011-11-04 07:18:58 |
| 75.69.131.109 | Comcast Cable Communications | 2011-09-07 01:50:11 |
| 75.70.137.230 | Comcast Cable Communications | 2011-09-07 01:44:31 |
| 75.70.33.128 | Comcast Cable Communications | 2011-09-01 07:16:47 |
| 75.72.169.117 | Comcast Cable Communications | 2011-09-09 21:55:57 |
| 75.72.185.80 | Comcast Cable Communications | 2011-10-03 17:49:05 |
| 75.73.243.5 | Comcast Cable Communications | 2011-08-23 08:37:00 |
| 75.73.62.207 | Comcast Cable Communications | 2011-09-02 13:51:31 |
| 75.76.41.125 | Knology Holdings | 2011-09-07 16:42:28 |
| 76.1.104.10 | Embarq Corporation | 2011-09-27 18:43:59 |
| 76.115.24.169 | Comcast Cable Communications | 2011-09-02 08:23:33 |
| 76.116.169.121 | Comcast Cable Communications | 2011-08-30 15:48:38 |
| 76.117.108.45 | Comcast Cable Communications | 2011-09-19 18:42:26 |
| 76.118.223.27 | Comcast Cable Communications | 2011-10-17 18:22:32 |
| 76.118.241.242 | Comcast Cable Communications | 2011-09-07 04:33:37 |

| | | |
|---|---|---|
| 76.119.91.253 | Comcast Cable Communications | 2011-08-28 08:37:53 |
| 76.123.96.150 | Comcast Cable Communications | 2011-09-04 13:11:29 |
| 76.126.116.108 | Comcast Cable Communications | 2011-08-31 23:35:38 |
| 76.127.124.86 | Comcast Cable Communications | 2011-09-27 01:12:34 |
| 76.14.70.61 | Wave Broadband | 2011-09-23 18:35:10 |
| 76.15.132.145 | Road Runner | 2011-09-01 20:43:55 |
| 76.15.231.215 | Road Runner | 2011-08-23 05:22:57 |
| 76.16.138.54 | Comcast Cable Communications | 2011-09-06 22:18:40 |
| 76.18.144.163 | Comcast Cable Communications | 2011-10-11 14:18:47 |
| 76.2.245.236 | Embarq Corporation | 2011-11-02 15:02:08 |
| 76.23.186.5 | Comcast Cable Communications | 2011-10-05 13:35:45 |
| 76.246.66.90 | AT&T Internet Services | 2011-09-22 23:51:10 |
| 76.25.113.63 | Comcast Cable Communications | 2011-10-20 19:54:35 |
| 76.25.128.241 | Comcast Cable Communications | 2011-10-17 17:28:30 |
| 76.27.110.1 | Comcast Cable Communications | 2011-09-13 13:40:29 |
| 76.29.170.63 | Comcast Cable Communications | 2011-09-01 04:51:55 |
| 76.30.80.214 | Comcast Cable Communications | 2011-09-13 18:16:17 |
| 76.72.200.37 | T.V. SERVICE INC | 2011-08-27 12:01:29 |
| 76.77.210.166 | Carson Communications | 2011-09-06 13:55:07 |
| 76.93.208.18 | Oceanic Internet | 2011-09-27 18:10:56 |
| 76.97.141.153 | Comcast Cable Communications | 2011-09-04 04:53:28 |
| 76.98.130.62 | Comcast Cable Communications | 2011-09-01 00:27:09 |
| 76.98.138.140 | Comcast Cable Communications | 2011-09-09 03:38:11 |
| 76.99.24.251 | Comcast Cable Communications | 2011-09-01 03:12:54 |
| 8.29.5.181 | Primecast | 2011-11-04 18:18:12 |
| 96.227.219.114 | Verizon Online | 2011-09-04 01:00:17 |
| 96.227.56.202 | Verizon Online | 2011-08-30 20:59:47 |
| 96.231.206.113 | Verizon Online | 2011-10-13 23:44:55 |
| 96.238.60.105 | Verizon Online | 2011-08-23 18:18:47 |
| 96.239.60.106 | Verizon Online | 2011-08-26 01:26:24 |
| 96.240.154.41 | Verizon Online | 2011-09-02 02:16:50 |
| 96.241.225.21 | Verizon Online | 2011-11-03 23:20:45 |
| 96.243.182.16 | Verizon Online | 2011-09-02 17:53:44 |
| 96.243.209.215 | Verizon Online | 2011-09-07 06:19:58 |
| 96.246.166.53 | Verizon Online | 2011-10-29 02:01:21 |
| 96.246.240.72 | Verizon Online | 2011-08-24 07:00:39 |
| 96.246.33.236 | Verizon Online | 2011-09-10 01:27:38 |
| 96.248.74.143 | Verizon Online | 2011-09-16 09:03:23 |
| 96.251.28.34 | Verizon Online | 2011-09-10 00:00:30 |
| 96.255.178.162 | Verizon Online | 2011-09-01 05:21:26 |
| 96.28.52.217 | Insight Communications | 2011-08-29 16:14:33 |
| 96.29.171.243 | Insight Communications | 2011-09-29 03:58:31 |
| 96.33.173.37 | Charter Communications | 2011-09-19 15:35:50 |
| 96.38.48.243 | Charter Communications | 2011-10-19 00:17:36 |
| 96.38.49.237 | Charter Communications | 2011-10-29 21:34:29 |
| 97.100.120.216 | Bright House Networks | 2011-08-25 01:49:12 |
| 97.104.221.160 | Bright House Networks | 2011-08-28 04:54:00 |

| | | |
|---|---|---|
| 97.119.250.249 | Qwest Communications | 2011-09-19 16:05:21 |
| 97.76.168.44 | Bright House Networks | 2011-09-07 19:10:09 |
| 97.96.222.162 | Bright House Networks | 2011-09-30 14:42:50 |
| 98.109.176.29 | Verizon Online | 2011-08-26 14:56:01 |
| 98.111.120.228 | Verizon Online | 2011-09-03 15:09:05 |
| 98.111.214.13 | Verizon Online | 2011-09-04 22:57:15 |
| 98.118.134.94 | Verizon Online | 2011-09-02 18:31:45 |
| 98.118.165.187 | Verizon Online | 2011-09-26 18:43:18 |
| 98.125.112.108 | CenturyTel | 2011-10-01 08:28:46 |
| 98.125.226.234 | Digital Teleport | 2011-09-14 04:27:45 |
| 98.140.193.100 | Cavalier Telephone | 2011-09-04 01:32:51 |
| 98.160.100.93 | Cox Communications | 2011-08-27 15:19:04 |
| 98.162.183.58 | Cox Communications | 2011-09-02 03:51:22 |
| 98.164.155.251 | Cox Communications | 2011-09-09 20:02:10 |
| 98.165.187.71 | Cox Communications | 2011-09-10 18:09:28 |
| 98.165.70.131 | Cox Communications | 2011-08-23 02:09:19 |
| 98.169.189.244 | Cox Communications | 2011-09-06 19:13:55 |
| 98.176.56.67 | Cox Communications | 2011-09-10 06:51:35 |
| 98.186.175.167 | Cox Communications | 2011-09-01 01:21:11 |
| 98.192.101.165 | Comcast Cable Communications | 2011-09-16 01:36:51 |
| 98.193.164.62 | Comcast Cable Communications | 2011-08-29 17:14:34 |
| 98.195.104.241 | Comcast Cable Communications | 2011-10-03 17:08:03 |
| 98.195.131.128 | Comcast Cable Communications | 2011-08-31 07:20:42 |
| 98.196.109.224 | Comcast Cable Communications | 2011-09-30 07:29:07 |
| 98.196.167.205 | Comcast Cable Communications | 2011-10-15 14:18:00 |
| 98.196.86.228 | Comcast Cable Communications | 2011-10-18 01:18:31 |
| 98.197.29.66 | Comcast Cable Communications | 2011-09-01 02:41:51 |
| 98.198.30.29 | Comcast Cable Communications | 2011-08-26 21:07:02 |
| 98.199.170.62 | Comcast Cable Communications | 2011-09-21 22:15:49 |
| 98.199.5.214 | Comcast Cable Communications | 2011-09-03 22:57:05 |
| 98.200.230.46 | Comcast Cable Communications | 2011-09-01 03:07:52 |
| 98.201.50.195 | Comcast Cable Communications | 2011-09-07 03:26:12 |
| 98.206.225.162 | Comcast Cable Communications | 2011-10-20 15:32:27 |
| 98.207.225.164 | Comcast Cable Communications | 2011-09-16 17:56:49 |
| 98.209.136.111 | Comcast Cable Communications | 2011-08-23 02:09:18 |
| 98.210.194.63 | Comcast Cable Communications | 2011-09-02 00:50:47 |
| 98.214.85.31 | Comcast Cable Communications | 2011-08-28 20:52:59 |
| 98.218.71.142 | Comcast Cable Communications | 2011-08-28 04:54:00 |
| 98.219.167.204 | Comcast Cable Communications | 2011-09-10 23:29:05 |
| 98.221.113.126 | Comcast Cable Communications | 2011-09-07 09:14:26 |
| 98.225.42.158 | Comcast Cable Communications | 2011-09-07 05:51:18 |
| 98.229.177.67 | Comcast Cable Communications | 2011-09-02 03:33:22 |
| 98.230.4.233 | Comcast Cable Communications | 2011-09-13 00:57:21 |
| 98.232.181.54 | Comcast Cable Communications | 2011-09-28 23:46:51 |
| 98.232.53.41 | Comcast Cable Communications | 2011-09-05 09:22:05 |
| 98.233.129.128 | Comcast Cable Communications | 2011-10-20 19:16:41 |
| 98.233.137.20 | Comcast Cable Communications | 2011-09-14 23:27:01 |

| | | |
|---|---|---|
| 98.233.217.70 | Comcast Cable Communications | 2011-08-31 21:37:31 |
| 98.234.195.21 | Comcast Cable Communications | 2011-09-15 21:45:55 |
| 98.237.254.197 | Comcast Cable Communications | 2011-09-19 19:55:55 |
| 98.239.186.54 | Comcast Cable Communications | 2011-10-10 15:13:55 |
| 98.244.147.29 | Comcast Cable Communications | 2011-10-28 04:20:32 |
| 98.245.201.245 | Comcast Cable Communications | 2011-08-31 16:10:01 |
| 98.245.96.56 | Comcast Cable Communications | 2011-08-26 14:56:01 |
| 98.246.169.181 | Comcast Cable Communications | 2011-09-01 23:03:48 |
| 98.246.6.95 | Comcast Cable Communications | 2011-09-10 06:59:37 |
| 98.246.90.10 | Comcast Cable Communications | 2011-09-02 00:48:47 |
| 98.247.43.254 | Comcast Cable Communications | 2011-09-10 05:23:03 |
| 98.248.232.63 | Comcast Cable Communications | 2011-08-24 07:00:39 |
| 98.248.43.166 | Comcast Cable Communications | 2011-10-05 01:55:58 |
| 98.253.57.24 | Comcast Cable Communications | 2011-10-28 16:34:52 |
| 99.108.95.16 | AT&T Internet Services | 2011-09-01 23:35:56 |
| 99.111.157.146 | AT&T Internet Services | 2011-09-07 04:11:02 |
| 99.122.46.0 | AT&T Internet Services | 2011-09-07 18:46:09 |
| 99.14.169.95 | AT&T Internet Services | 2011-08-26 15:46:50 |
| 99.144.93.57 | AT&T Internet Services | 2011-09-26 15:32:39 |
| 99.156.84.62 | AT&T Internet Services | 2011-08-25 07:28:24 |
| 99.165.121.208 | AT&T Internet Services | 2011-08-29 23:38:46 |
| 99.184.56.33 | AT&T Internet Services | 2011-10-03 17:04:05 |
| 99.51.177.103 | AT&T Internet Services | 2011-08-26 20:26:30 |
| 99.53.207.160 | AT&T Internet Services | 2011-08-23 05:27:25 |
| 99.61.6.227 | AT&T Internet Services | 2011-08-22 22:52:13 |