UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| FIRST TIME VIDEOS LLC,<br>2300 W. Sahara Ave, Suite 1000,<br>Las Vegas, NV 89102<br><br>Plaintiff,<br><br>v.<br><br>DOES 1 – 541,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case : 1:11-CV-02031-RLW<br>) Judge Robert L. Wilkins<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Plaintiff, FIRST TIME VIDEOS LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and other governing law, hereby dismisses all claims in the Complaint in this action, without prejudice, with respect to all IP addresses listed in Exhibit A of the Complaint. No Defendants have filed an answer to the complaint or a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,
First Time Videos   LLC

DATED: November 18, 2011

By: /s/ Paul A. Duffy
Paul A. Duffy, Esq.
D.C. Bar Number: IL0014
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile:  (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Counsel for the Plaintiff*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| FIRST TIME VIDEOS LLC,<br>2300 W. Sahara Ave, Suite 1000,<br>Las Vegas, NV 89102<br><br>Plaintiff,<br><br>v.<br><br>DOES 1 – 541,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case : 1:11-CV-02031-RLW<br>) Judge Robert L. Wilkins<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned that on November 18, 2011, he caused a copy of the foregoing NOTICE OF DISMISSAL to be served by filing it through the Court's electronic filing system.

By: /s/ Paul A. Duffy
Paul A. Duffy, Esq.
D.C. Bar Number: IL0014
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile:  (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Counsel for the Plaintiff*